*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**GREGORY WADE TAYLOR**  Case No. **3:16-bk-30939-SHB**
**ERLINDA J. TAYLOR**  Chapter 7

Debtors.

**TRUSTEE'S APPLICATION TO EMPLOY COUNSEL**

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to E. D. Tenn. LBR 9013-1(h), the court may consider this matter without further notice or hearing unless a party in interest files an objection. If you object to the relief requested in this paper, you must file with the clerk of the court at Howard H. Baker, Jr. U.S. Courthouse, 800 Market Street, Suite 330, Knoxville, TN 37902, an objection within 21 days from the date this paper was filed and serve a copy on the movants' attorney, Ryan E. Jarrard, Esquire, Quist, Fitzpatrick & Jarrard, PLLC, 2121 First Tennessee Plaza, Knoxville, TN 37929-9711, or rej@qcflaw.com. If you file and serve an objection within the time permitted, the court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the court will consider that you do not oppose the granting of the relief requested in this paper and may grant the relief requested without further notice or hearing.

Comes Michael H. Fitzpatrick, Trustee, pursuant to 11 U.S.C. §327(a), Fed. R. Bankr. P. 2014 and E.D. Tenn. LBR 9013-1(h)(1)(xiv), and moves the Court for authority to employ counsel as follows:

1.  The Debtor filed a voluntary Chapter 7 on March 24, 2016. Michael Fitzpatrick was appointed as Chapter 7 trustee, and continues to serve in that capacity.

2.  The Trustee wishes to employ an attorney to represent the estate with respect to selling jointly owned real property of the estate, and to assist with all other needs of the estate.

3.  The Trustee seeks authorization to employ Ryan E. Jarrard and the firm of Quist, Fitzpatrick & Jarrard, PLLC. The attorneys do not hold any interest adverse to the estate and are disinterested persons within the meaning of 11 U.S.C. §101(14).

4.  The Trustee proposes to employ said attorneys at an hourly rate, as part of counsel's affidavit, attached hereto and incorporated herein by reference, and such expenses as may be allowed by the Court in accordance with the standard promulgated by the U.S. Trustee's Office,

with the total amount of the compensation and expenses to be fixed and determined by the Court upon proper application at the conclusion of the attorneys' services.

5. The Trustee is entitled to employ an attorney, with Court approval, pursuant to 11 U.S.C. §327(a).

6. There is no application for a post-petition retainer. There are no actual or potential conflicts of interest. There are no other facts which would preclude retention of counsel.

**WHEREFORE**, the undersigned prays that he be authorized to employ the aforesaid attorney under the terms and conditions set forth, *nunc pro tunc* to the date this application is filed.

Respectfully submitted,

*/s/ Michael H. Fitzpatrick*
Michael H. Fitzpatrick, Trustee
BPR No. 006033
**Quist, Fitzpatrick & Jarrard, PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-9711
(865) 524-1873 ext. 222
MHF@QCFLaw.com

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard, Esq.
BPR No. 024525
Attorney for Michael H. Fitzpatrick, Trustee
**Quist, Fitzpatrick & Jarrard, PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-9711
(865) 524-1873 ext. 232
REJ@QCFLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Trustee's Application to Employ Counsel, Affidavit of Professional Person and proposed Order have been served upon the indicated parties by placing a copy thereof in the U.S. Mail, first class postage prepaid, via email or ECF this July 1, 2016:

Office of the U.S. Trustee
VIA ECF

Richard M. Mayer
John P. Newton
VIA ECF

All Parties in Interest on the attached list

/s/ Michael H. Fitzpatrick
ATTORNEY

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0649-3<br>Case 3:16-bk-30939-SHB<br>Eastern District of Tennessee<br>Knoxville<br>Fri Jul  1 08:53:30 EDT 2016 | Aspire Visa<br>P.O. Box 790317<br>St. Louis, MO 63179-0317 | REPUBLIC FINANCE<br>992 E Emory Road<br>Knoxville, TN 37938-4617 |
| Y-12 Federal Credit Union<br>c/o Thomas H. Dickenson<br>P.O. Box 869<br>Knoxville, TN 37901-0869 | 3<br>United States Bankruptcy Court<br>Howard H. Baker Jr. U.S. Courthouse<br>Suite 330, 800 Market Street<br>Knoxville, TN 37902-2343 | 1st Franklin Financial<br>PO Box 4357<br>Sevierville, TN 37864 |
| AA Title Pawn<br>11941 Chapman Hwy.<br>Seymour, TN 37865-6237 | American Express<br>P.O. Box 360001<br>Fort Lauderdale, FL 33336-0001 | American Express Capital Line<br>P.O. Box 36002<br>Fort Lauderdale, FL 33336-0002 |
| Arrow Financial Services<br>21031 Network Place<br>Chicago, IL 60678-1031 | (p)ASPIRE VISA<br>P O BOX 105555<br>ATLANTA GA 30348-5555 | Avant Inc.<br>640 N Lasalle Street<br>Chicago, IL 60654-3731 |
| Bank of America<br>P.O. Box 5270<br>Carol Stream, IL 60197-5270 | Barclays Bank Card<br>P.O. Box 13337<br>Philadelphia, PA 19101-3337 | Barclays Bank Delaware<br>125 S West Street<br>Wilmington, DE 19801-5014 |
| Capital One Bank<br>P.O. Box 85147<br>Richmond, VA 23276-0001 | Capital One Bank<br>P.O. Box 85184<br>Richmond, VA 23285-5184 | Carlyle Jewelers<br>P.O. Box 609<br>Memphis, TN 38101-0609 |
| Celtic Bank<br>ATTN: Business Dept.<br>268 State Street, #300<br>Salt Lake City, UT 84111-5314 | Client Services Inc.<br>3451 Harry S. Truman Blvd.<br>Saint Charles, MO 63301-9816 | Countrywide Home Loans<br>P.O. Box 660694<br>Dallas, TX 75266-0694 |
| Covington Credit<br>1204 E. Magnolia Avenue<br>Knoxville, TN 37917-7745 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Dept Of Ed/Navient<br>P.O. Box 9635<br>Wilkes Barre, PA 18773-9635 |
| (p)HSBC BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 5213<br>CAROL STREAM IL 60197-5213 | Ditech.Com<br>P.O. Box 205<br>Waterloo, IA 50704-0205 | First National Bank Omaha<br>P.O. Box 3412<br>Omaha, NE 68103-0412 |
| First National Bank of Omaha<br>1620 Dodge Street, Stop code 3105<br>Omaha, NE 68197-0002 | Flurish Inc. dba Lendup<br>237 Kearny Street, #372<br>San Francisco, CA 94108 | Ft. Sanders Sevier Medical Center<br>Knoxville Business Office Services<br>Bldg. B, Ste. 401<br>1410 Centerpoint Blvd.<br>Knoxville, TN 37932-1985 |

| | | |
|---|---|---|
| Great Plains Lending<br>7490 US Highway 17<br>Red Rock, OK 74651 | Grisham, Knight & Hooper, et al<br>P.O. Box 11583<br>Chattanooga, TN 37401-2583 | HC Credit<br>203 E Emma Ave Ste A<br>Springdale, AR 72764-4625 |
| HSN/Comenity Capital<br>995 W 122nd Avenue<br>Westminster, CO 80234-3417 | Havertys Credit Svs.<br>P.O. Box 740506<br>Atlanta, GA 30374-0506 | Kabbage Inc./Celtic Bank<br>925B Peachtree Street, #1688<br>Atlanta, GA 30309-3918 |
| Kenny L. Saffles, Esq.<br>Howard H. Baker Jr. US Courthouse<br>800 Market Street, #211<br>Knoxville, TN 37902-2342 | Knox Co. General Sessions Court<br>Civil Division<br>P.O. Box 379<br>Knoxville, TN 37901-0379 | Law Officer of Gerald E. Moores & Assoc.<br>P.O. Box 724087<br>Atlanta, GA 31139-1087 |
| Lowes<br>P.O. Box 105980, Dept. 79<br>Atlanta, GA 30348-5980 | Mary Anne Villareal<br>2407 Trout Stream Drive<br>Raleigh, NC 27604-3940 | Masterpiece Pawn<br>10721 Chapman Hwy.<br>Seymour, TN 37865-4765 |
| Michelle M. Taylor<br>2924 Chestnut Lane, #2<br>Johnson City, TN 37601-5192 | MobiLoans<br>P.O. Box 1409<br>Marksville, LA 71351-1409 | NCO Financial Systems<br>P.O. Box 7590, Dept. 64<br>Hampton, VA 23666-0590 |
| National Credit Adjusters<br>P.O. Box 3023<br>327 W. Forth Street<br>Hutchinson, KS 67504-3023 | Nautilus<br>HC Processing Center<br>P.O. Box 829<br>Springdale, AR 72765-0829 | Navient Solutions, Inc. Department of Educat<br>Loan Services<br>P.O. Box 9635<br>Wilkes-Barre, PA 18773-9635 |
| One Main Financial<br>P.O. Box 499<br>Hanover, MD 21076-0499 | PayPal Working Capital<br>ATTN: Executive Escalation<br>P.O. Box 5018<br>Lutherville Timonium, MD 21094-5018 | PayPal/SYNCB<br>P.O. Box 965005<br>Orlando, FL 32896-5005 |
| Primary Financial Services, LLC<br>3115 North 3rd Avenue, Suite 112<br>Phoenix, AZ 85013-4387 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Regional Finance<br>1645 Downtown West Blvd., Unit 11<br>Knoxville, TN 37919-5411 |
| (p)REPUBLIC FINANCE LLC<br>1140 ROMA AVE<br>HAMMOND LA 70403-5464 | River Hills Community Assoc.<br>P.O. Box 5007<br>Clover, SC 29710-5001 | Rooms to Go/Household Bank<br>Dept. 7680<br>Carol Stream, IL 60116-7680 |
| Sevier Anesthesia Associates<br>P.O. Box 141<br>Pigeon Forge, TN 37868-0141 | Sevier Co. Circuit Court<br>Sevier County Courthouse, Ste. 204<br>P.O. Box 4426<br>Sevierville, TN 37864-4426 | Sevier Co. General Sessions Court<br>Sevier Co. Courthouse<br>125 Court Ave.<br>Sevierville, TN 37862-3596 |

| | | |
|---|---|---|
| Seymour Cash Advance<br>12219 Chapman Hwy.<br>Seymour, TN 37865-6240 | Shoppers Charge Account<br>P.O. Box 215<br>Memphis, TN 38101-0215 | State of Tennessee<br>Dept. of Financial Responsibility<br>P.O. Box 945<br>Nashville, TN 37202-0945 |
| TN Dept of Finc. Respon.<br>c/o Tennessee Attorney Generals Office<br>Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-4015 | TSAC<br>404 James Robertson Pkwy<br>1950 Parkway Towers<br>Nashville, TN 37219 | TSAC<br>TN Attorney General's Office<br>Bankruptcy Unit<br>426 5th Avenue, 2nd Floor<br>Nashville, TN 37243-0489 |
| Terry Canady, Atty.<br>223 Madison Street, #205<br>Madison, TN 37115-3663 | The Dillion Law Firm<br>2775 Cruse Road, #201<br>Lawrenceville, GA 30044-7141 | (p)U S DEPARTMENT OF EDUCATION<br>P O BOX 5609<br>GREENVILLE TX 75403-5609 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US Dept. of Education<br>P.O. Box 5609<br>Greenville, TX 75403-5609 | United Recovery Systems LP<br>PO Box 722929<br>Houston, TX 77272-2929 |
| United States Trustee<br>800 Market Street, Suite 114<br>Howard H. Baker Jr. U.S. Courthouse<br>Knoxville, TN 37902-2303 | Verizon Wireless<br>P.O. Box 105378<br>Atlanta, GA 30348-5378 | Verizon Wireless<br>P.O. Box 660108<br>Dallas, TX 75266-0108 |
| Viking Collection Service, Inc.<br>PO Box 59207<br>Minneapolis, MN 55459-0207 | Wal Mart/SYNCB<br>P.O. Box 965024<br>Orlando, FL 32896-5024 | Web Bank<br>215 State Street, #1000<br>Salt Lake City, UT 84111-2336 |
| William McCormick<br>Office of the Attorney General<br>Bankruptcy Unit<br>426 5th Avenue, 2nd Floor<br>Nashville, TN 37243-0489 | Y-12 Federal Credit Union<br>501 LaFayette Drive<br>P.O. Box 2512<br>Oak Ridge, TN 37831-2512 | Erlinda J. Taylor<br>1120 S. Old Sevierville Pike<br>Seymour, TN 37865-4027 |
| Gregory Wade Taylor<br>1120 S. Old Sevierville Pike<br>Seymour, TN 37865-4027 | John P. Newton Jr.<br>Law Offices of Mayer & Newton<br>1111 Northshore Drive<br>Suite S-570<br>Knoxville, TN 37919-4046 | Michael H. Fitzpatrick<br>800 S. Gay Street<br>2121 First Tennessee Plaza<br>Knoxville, TN 37929-9711 |
| Richard M. Mayer<br>Law Offices of Mayer & Newton<br>1111 Northshore Drive<br>Suite S-570<br>Knoxville, TN 37919-4046 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Aspire<br>P.O. Box 23007<br>Columbus, GA 31902-3007 | Dell Preferred Account<br>P.O. Box 6403<br>Carol Stream, IL 60197-6403 | Direct Merchants Bank<br>P.O. Box 21550<br>Tulsa, OK 74121-1550 |
| Republic Finance LLC<br>1140 Roma Ave<br>Hammond, LA 70403 | U S Department of Education<br>50 Beale St. #8629<br>San Francisco, CA 94105 | US Bank<br>200 Gibraltar Rd Ste 200<br>Horsham, PA 19044 |
| (d)US Bank<br>P.O. Box 5227<br>Cincinnati, OH 45201 | (d)US Bank<br>P.O. Box 790408<br>Saint Louis, MO 63179-0408 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Aspire Visa<br>P O Box 790317<br>St. Louis, MO 63179-0317 | (d)Republic Finance<br>992 E. Emory Road<br>Knoxville, TN 37938-4617 | End of Label Matrix<br>Mailable recipients  84<br>Bypassed recipients   2<br>Total                86 |